# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

5:25-CV-436-WWB-PRL

[OCALA]

IN RE: THE DETENTION OF

ROBERT HENRY RIVERNIDER, JR.,
Petitioner

_____/

## PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW the Petitioner, ROBERT HENRY RIVERNIDER, JR., currently detained at Marion County Jail, and respectfully petitions this Honorable Court for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and alleges as follows:

### I. JURISDICTION

1. This Court has jurisdiction over this Petition pursuant to 28 U.S.C. § 2241 as Petitioner is in custody under the authority of the United States, and challenges the lawfulness of his detention.

2. Venue is proper in the Middle District of Florida as Petitioner is detained within this district.

### II. PARTIES

3. Petitioner is ROBERT HENRY RIVERNIDER, JR., a living man detained in Marion County Jail, located at 700 NW 30th Ave, Ocala, Florida 34475.

1

4. Respondent is the Warden or Sheriff of Marion County Jail, or such other person having immediate custody of the Petitioner.

## III. STATEMENT OF FACTS

5. On or about July 25, 2025, Petitioner was taken into custody and has since been held at Marion County Jail.

6. Petitioner is allegedly detained pursuant to a warrant issued by a federal court, the basis for which remains undisclosed to Petitioner.

7. Petitioner has never been provided notice of a probable cause hearing, nor was he given the opportunity to appear and contest the issuance of the warrant.

8. Petitioner asserts that the warrant was issued without proper judicial review, probable cause, or due process protections guaranteed by the Fourth and Fifth Amendments.

## IV. CONSTITUTIONAL VIOLATIONS

### A. Fourth Amendment – Unlawful Seizure

9. The Fourth Amendment to the U.S. Constitution guarantees that "no Warrants shall issue, but upon probable cause, supported by Oath or affirmation."

10. Petitioner was arrested and detained without a lawful showing of probable cause, and without notice of or participation in any hearing where such cause was determined.

11. The warrant is therefore facially and procedurally invalid, and Petitioner's arrest constitutes an unreasonable seizure under the Fourth Amendment.

### B. Fifth Amendment – Denial of Due Process

12. The Fifth Amendment guarantees that no person shall "be deprived of life, liberty, or property, without due process of law."

13. Petitioner was never notified of any probable cause hearing, was not provided with an opportunity to be heard, and has been detained without explanation or judicial

determination.

14. This lack of notice and opportunity to contest the warrant violates due process, rendering the detention unlawful.

## V. RELIEF REQUESTED

1. Issue a Writ of Habeas Corpus directing Respondent to show cause why Petitioner is being held in custody in violation of the U.S. Constitution;

2. Order the immediate release of Petitioner or, in the alternative, hold an expedited evidentiary hearing on the legality of the detention;

3. Declare the warrant and detention unlawful under the Fourth and Fifth Amendments;

4. Grant any such other and further relief as this Court deems just and proper.

Respectfully submitted,

Date: July 14, 2025

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr

With Permission

Jail ID No. 0278231

Marion County Jail

3290 NW 10th Street, Ocala, FL 34475

Robert Henry Rivernider, Pro Se

14 S Bobwhite Road

Wildwood, Florida 34785

4

## CERTIFICATE OF SERVICE

I, Robert H. Rivernider, hereby certify that a copy of this filing has been sent to the following:

1. U.S. Attorney's Office
   35 S.E. 1st Avenue, Suite 300

   Ocala, FL 34471

2. U.S. Attorney General
   Attn: Pamela Jo Bondi

   U.S. Department of Justice

   950 Pennsylvania Avenue, NW

   Washington, DC 20530-0001

3. U.S. Department of Justice
   Attn: Harmeet Dhillon

   Civil Rights Division

   950 Pennsylvania Avenue, NW

   Office of the Assistant Attorney General, Main

   Washington, DC 20530-0001

4. Marion County Sheriff's Office

   Major Charles McIntosh

   692 NW 30th Avenue

   Ocala, FL 34475